**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JUAN ESTEBAN MONTANO-GORDILLO,<br><br>    *Petitioner,*<br><br>    v.<br><br>J. L. JAMISON, et al.,<br><br>    *Respondents.* | CIVIL ACTION<br><br>NO. 26-3030 |

**ORDER**

**AND NOW**, this 6th day of July, 2026, upon consideration of Petitioner's Motion

for Reconsideration or in the Alternative To Enforce, (Dkt. No. 8), the Government's

Response in Opposition, (Dkt. No. 10), Petitioner's Reply, (Dkt. No. 11), Petitioner's

Unopposed Motion to Expedite Consideration, (Dkt. No. 12), and Petitioner's

Unopposed Motion to File Exhibit 10, Petitioner's Biopsychosocial Evaluation, Under

Seal, (Dkt. No. 13), is hereby **ORDERED** as follows:

1.    The Unopposed Motion to Motion to File Exhibit 10, Petitioner's

Biopsychosocial Evaluation, Under Seal, (Dkt. No. 13), is **GRANTED**.

2.    The Motion for Reconsideration or in the Alternative to Enforce, (Dkt.

No. 8), is **DENIED**.

3.    The Unopposed Motion to Expedite Consideration, (Dkt. No. 12), is

**DENIED as moot**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.